DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY R. BARRETT,**
Appellant,

v.

**ALTHEA M. BARRETT,**
Appellee.

Nos. 4D19-1392 and 19-2588

[April 29, 2021]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen and Frank Leedee, Judges; L.T. Case No. FMCE17-001933.

Anthony R. Barrett, Plantation, pro se.

Susan R. Brown of Susan R. Brown, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***